# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1630

SENJU PHARMACEUTICAL CO., LTD.,
KYORIN PHARMACEUTICAL CO., LTD.,
and ALLERGAN, INC.,

                                        Plaintiffs-Appellants,

v.

LUPIN LIMITED and
LUPIN PHARMACEUTICALS, INC.,

                                        Defendants-Appellees,

and

HI-TECH PHARMACAL CO., INC.,

                                        Defendant-Appellee.

Appeal from the United States District Court for the District of Delaware in consolidated case no. 11-CV-0271, Judge Sue L. Robinson.

Authorized Abbreviated Caption[2]

SENJU PHARMACEUTICAL CO. V LUPIN LIMITED, 2013-1630

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.